AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| LaTisha Satchell, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>Sonic Notify, Inc., d/b/a Signal360, Yinzcam, Inc., and Golden State Warriors, LLC<br><br>*Defendant(s)* | Civil Action No. 16-cv-4961 EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sonic Notify, Inc., d/b/a Signal360, Inc.,
c/o registered agent
A Registered Agent, Inc.,
8 The Green, Ste A
Dover, Delaware 19901


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stewart R. Pollock
Edelson PC
123 Townsend Street,
San Francisco, California 94107


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*
*Susan Y. Soong*



Date: 08/30/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| LaTisha Satchell, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Sonic Notify, Inc., d/b/a Signal360, Yinzcam, Inc., and Golden State Warriors, LLC <br><br> *Defendant(s)* | Civil Action No. 16-cv-4961    EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Yinzcam, Inc.,
6616 Beacon Street
Pittsburgh, PA 15217

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Stewart R. Pollock
Edelson PC
123 Townsend Street,
San Francisco, California 94107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 08/30/2016

*CLERK OF COURT*

*Susan Y. Soong*



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| LaTisha Satchell, individually and on behalf of all others similarly situated, </br></br> *Plaintiff(s)* </br></br> v. </br></br> Sonic Notify, Inc., d/b/a Signal360, Yinzcam, Inc., and Golden State Warriors, LLC </br></br> *Defendant(s)* | Civil Action No. 16-cv-4961  EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Golden State Warriors, LLC
c/o registered agent
David J. Kelly
1011 Broadway
Oakland, California 94607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stewart R. Pollock
Edelson PC
123 Townsend Street,
San Francisco, California 94107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date:  08/30/2016



*Signature of Clerk or Deputy Clerk*