COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
GOLDEN STATE WARRIORS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LATISHA SATCHELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIC NOTIFY, INC. d/b/a SIGNAL360, a Delaware Corporation, YINZCAM, INC., a Pennsylvania Corporation, and GOLDEN STATE WARRIORS, LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. 3:16-cv-04961-EDL<br><br>**GOLDEN STATE WARRIORS, LLC'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FRCP 7.1 AND CIVIL L.R. 3-15**<br><br>Complaint Filed: August 29, 2016 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, the undersigned certifies that Defendant Golden State Warriors, LLC is a wholly-owned subsidiary of GSW Sports LLC, a limited liability company. Accordingly, GSW Sports LLC has more than a 10% ownership of Defendant Golden State Warriors, LLC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

136560674 v1

1.

WARRIORS' DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED ENTITIES
(CASE 3:16-CV-04961-EDL)

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: (1) GSW Sports LLC, (2) Lacob Family Sports, LLC, (3) Guber Family Trust, (4) BC GSW LLC, (5) Mark Stevens, (6) SBBC Associates LLC, (7) Robert M. Piccinini Living Trust, (8) Erika Glazer, (9) Bruce Karsh, (10) Jon David Scially Revocable Trust, (11) Swinmurn Revocable Trust, (12) Wilkins-Duignan 2009 Revocable Trust, (13) JC GSW LLC, (14) JBM–GSW Partners, LLC, (15) Robert Kagle, (16) Chad Hurley, (17) Walecka 1992 Living Trust, (18) Dennis and Shannon Wong Family Trust, (19) The Frederic and Stephanie Harman Family Trust, (20) Miller Living Trust, (21) Avista Investments LLC, (22) The Glick Revocable Trust, (23) Dan German, (24) Lawrence A. Bowman, (25) Goldman-Valeriote Family Trust, (26) The Johnson Revocable Trust, (27) Mandalay Professional Sports, LLC, (28) KLM Partners, (29) Aneel Bhusri, (30) Yang Family Trust, (31) Williams Family Trust, and (32) Golden State Warriors, LLC.

Dated: September 12, 2016

COOLEY LLP
MICHAEL G. RHODES (116127)
WHITTY SOMVICHIAN (194463)
MAX A. BERNSTEIN (305722)


*/s/ Whitty Somvichian*
Whitty Somvichian (194463)
Attorneys for Defendant
GOLDEN STATE WARRIORS, LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

136560674 v1

2.

WARRIORS' DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED ENTITIES
(CASE 3:16-CV-04961-EDL)