COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
GOLDEN STATE WARRIORS, LLC and
SIGNAL360, Inc. (f/k/a SONIC NOTIFY, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LATISHA SATCHELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONIC NOTIFY, INC. d/b/a SIGNAL360, a Delaware Corporation, YINZCAM, INC., a Pennsylvania Corporation, and GOLDEN STATE WARRIORS, LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. 4:16-cv-04961-JSW<br><br>**SIGNAL360, INC.'S (f/k/a SONIC NOTIFY, INC.) DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FRCP 7.1 AND CIVIL L.R. 3-15**<br><br>Complaint Filed: August 29, 2016<br><br>Judge: Hon. Jeffrey S. White |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, the undersigned certifies that Alexander Morgan Bell, Raptor Ventures, and Capstar Capital, LLC may have more than a 10% ownership of Signal360, Inc.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

137009609

1.

**SIGNAL360'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES
(CASE 4:16-CV-04961-JSW)**

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Alexander Morgan Bell, Andrew Flad, Damian Manning, Cantora Records LLC, GSTech LLC, Sanford R. Climan Living Trust, Lev Raslin, Ben Teplitsky, Casey Marvin, Lauren Cooley, Ronda Jones, Misha Greenberg, Raptor Ventures, John Cullen, Capstar Capital, LLC, Harmerle Investments, Millennium Trust Co LLC, Philip Aarons, Advancit Capital, Barbara Glazer, Israel Living Trust, Greenfeld Family Trust, Albert Litewka, ENIAC Ventures, A-Grade Investments, Digital Entertainment Ventures, Poise Holdings, Gorfaine Living Trust, Schwartz Living Trust, Jeffrey Light and Christine Wong, Transolam LLC, Max Weissman, James J. Pallotta, New Ground Ventures, LP, and TJNS, LLC (CRUSH).

Dated: September 23, 2016

COOLEY LLP
MICHAEL G. RHODES (116127)
WHITTY SOMVICHIAN (194463)
MAX A. BERNSTEIN (305722)

*/s/ Whitty Somvichian*
Whitty Somvichian (194463)
Attorneys for Defendants
GOLDEN STATE WARRIORS, LLC and
SIGNAL360, Inc. (f/k/a SONIC NOTIFY, INC.)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

137009609

2.

SIGNAL360'S DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED ENTITIES
(CASE 4:16-CV-04961-JSW)