1  Stewart R. Pollock (SBN 301356)
   spollock@edelson.com
2  EDELSON PC
   123 Townsend Street, Suite 100
3  San Francisco, California 94107
   Tel: 415.212.9300
4  Fax: 415.373.9435

5

6  *Counsel for Plaintiff and the Putative Classes*

7  **UNITED STATES DISTRICT COURT**

8  **NORTHERN DISTRICT OF CALIFORNIA**

9  **OAKLAND DIVISION**

10

| | |
|---|---|
| LATISHA SATCHELL, individually and on behalf of all others similarly situated, | Case No. 4:16-CV-04961-JSW |
| Plaintiff, | **STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** AS MODIFIED HEREIN |
| v. | |
| SONIC NOTIFY, INC. d/b/a SIGNAL360, a Delaware Corporation, YINZCAM, INC., a Pennsylvania Corporation, and GOLDEN STATE WARRIORS, LLC, a California Limited Liability Company, | Judge: Hon. Jeffrey S. White |
| Defendants. | |

---

28  STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE                CASE NO. 4:16-cv-04961-JSW
    AND CONTINUE CASE MANAGEMENT CONFERENCE

  Plaintiff LaTisha Satchell ("Plaintiff") and Defendants Signal360, Inc. (formerly known as Sonic Notify, Inc.), Yinzcam, Inc., and Golden State Warriors, LLC ("Defendants"), by and through their undersigned counsel, respectfully request that the Court enter an Order extending the November 15, 2016 deadline for Plaintiff to respond to Defendants' motions to dismiss until December 1, 2016, extending the November 22, 2016 deadline for Defendants to file their reply briefs until December 20, 2016, and continuing the December 16, 2016 initial Case Management Conference until January 27, 2017. In support of the instant stipulated request, the Parties state as follows:

  1. On November 1, 2016, Defendant Yinzcam and Defendant Golden State Warriors along with Defendant Signal360 respectively moved to dismiss Plaintiff's Complaint (collectively referred to as "Defendants' Motions") and set the hearing date on their respective motions for January 27, 2017 at 9:00 am PST. (Dkts. 26, 28.)

  2. Pursuant to Local Rule 7-3(a) and 7-3(c), Plaintiff's response(s) and Defendants' replies are presently due on November 15, 2016 and November 22, 2016, respectively. (*Id.*)

  3. Prior to and since the filing, the Parties conferred and have stipulated (subject to the Court's approval) to extend the time for Plaintiff to file her response(s) in opposition to Defendants' Motions by 16 days and extend the time for Defendants to file their replies by 28 days, and to continue the Parties' Case Management Conference (presently scheduled for December 16, 2016) to January 27, 2017, the same day as the hearing on Defendants' Motions.

  4. The reason for the requested extension is to ensure that counsel has sufficient time to research, investigate, and fully address the complex and novel legal issues presented by Defendants' Motions, in light of their current schedules.

  5. The reason for the requested change in time to the Case Management Conference is that Plaintiff's counsel is not presently available on December 16, 2016 and the Parties believe that by resetting their Case Management Conference to the same day as the hearing on Defendants' Motions, the Parties will be better able to prepare a meaningful case management statement,

conduct a more efficient Conference with the Court, and conserve the resources of the Parties and the Court.

6. The effect of the requested time modification would be to set the briefing schedule as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Plaintiff's Response(s) | November 15, 2016 | December 1, 2016 |
| Defendants' Replies | November 22, 2016 | December 20, 2016 |
| Initial Case Management Conference | December 16, 2016 | January 27, 2017 |

7. The additional effect of the requested time modification would be to synchronize the Case Management Conference with the anticipated hearing on Defendants' Motions and continue the related deadlines set forth in the September 15, 2016 Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement (Dkt. 15), which requires the Parties to submit their case management statement at least five (5) court days prior to the Case Management Conference and requires the Parties to submit any request to reschedule the Case Management Conference at least ten (10) calendar days prior to the conference, but would not otherwise alter the date of the hearing on Defendants' Motions or any other event or deadline already fixed by Court order.

8. The Parties seek the requested relief in good faith and not for any improper purpose, such as delay. This is the Parties' first request for extension of the Court's November 15, 2016 and November 22, 2016 deadlines and their first request for a continuance of the Case Management Conference.

**IT IS SO STIPULATED** *(subject to Court Order)*

Dated: November 9, 2016                    EDELSON PC

/s/ Stewart R. Pollock
Stewart R. Pollock (SBN 301356)

spollock@edelson.com
123 Townsend Street, Suite 100
San Francisco, CA 94107

*Attorneys for Plaintiff LaTisha Satchell and the Putative Classes*

Dated: November 9, 2016         LAW OFFICE OF SCOTT M. HARE

/s/ Scott Hare (with permission)
Scott M. Hare (P.A. Id. 63818)
(admitted *pro hac vice*)
scott@scottlawpgh.com
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219
Tel: (412) 338-8632
Fax: (888) 316-2823

LAW OFFICES OF STEPHEN M. FLYNN
Stephen M. Flynn (SBN 245823)
smflynn@smflynn-law.com
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Tel: (415) 655-6631
Fax: (415) 665-6601

*Attorneys for Defendant Yinzcam, Inc.*

Dated: November 9, 2016         COOLEY LLP

/s/ Whitty Somvichian (with permission)
Michael Rhodes (SBN 116127)
rhodesmg@cooley.com
Whitty Somvichian (SBN 194463)
wsomvichian@cooley.com
Max Bernstein (SBN 305722)
mbernstein@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel: (415) 693-2000
Fax: (415) 693-2222

*Attorneys for Defendant Golden State*

STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE           4           CASE NO. 4:16-cv-04961-JSW

1  *Warriors, LLC & Signal360, Inc. f/k/a/Sonic Notify, Inc.*
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **[PROPOSED] ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Plaintiff's deadline to file her response(s) in opposition to Defendants' motions to dismiss is extended up to and including December 1, 2016, Defendants' deadline to file their replies in support of their motions to dismiss are extended up to and including December 20, 2016, and the Case Management Conference presently on the Court calendar for December 16, 2016 is continued until ~~January 27, 2017 at 9:00 am~~.  February 24, 2017 at 11:00 a.m.  The parties' joint case management conference statement will be due on February 17, 2017.  This will enable the parties to have the benefit of a ruling on the motion before the case management conference.

Dated: November  10 , 2016

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1

CASE NO. 4:16-cv-04961-JSW