Stewart R. Pollock (SBN 301356)
spollock@edelson.com
EDELSON PC
123 Townsend Street,
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiff and the Putative Class*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| LATISHA SATCHELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SONIC NOTIFY, INC. d/b/a SIGNAL360, a Delaware Corporation, YINZCAM, INC., a Pennsylvania Corporation, and GOLDEN STATE WARRIORS, LLC, a California Limited Liability Company,<br><br>*Defendants*. | Case No. 4:16-CV-04961-JSW<br><br>**PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE COMBINED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS WITH EXCESS PAGES**<br><br>Date: January 27, 2017<br>Time: 9:00 a.m.<br>Room: Courtroom 5, 2nd Floor<br>         1301 Clay Street<br>         Oakland, California 94612<br><br>Judge: Hon. Jeffrey S. White |

Pursuant to Local Rule 7-11, Plaintiff LaTisha Satchell ("Plaintiff"), individually and behalf of all others similarly situated, respectfully requests that this Court grant her leave to file a Combined Response in Opposition to Defendants' Golden State Warriors ("Golden State" or "GSW"), Sonic Notify, Inc. d/b/a Signal360 ("Signal360"), and Yinzcam (collectively, "Defendants") Motions to Dismiss in excess of the Court's fifteen-page limit, *instanter*. In support of the instant motion, Plaintiff states as follows:

1. On August 29, 2016, Plaintiff filed her class action complaint. (Dkt. 1.)

2. On November 1, 2016, Defendants Golden State and Signal360 filed their motion to dismiss Plaintiff's class action complaint. (Dkt. 28.)

3. On November 2, 2016, Defendant Yinzcam filed its motion to dismiss Plaintiff's class action complaint. (Dkt. 26.)

4. Concurrent with this motion, Plaintiff has filed her Combined Response in Opposition to Defendants' Motions to Dismiss.

5. Under the Court's Standing Order, briefs in support of, or in opposition to, any motion may not exceed 15 pages, exclusive of "title pages, indices of cases, table of contents, summaries of argument, if required, and exhibits…."

6. To promote efficiency, Plaintiff has combined her responses to Defendants' motions to dismiss into a single response brief. While Plaintiff has made every effort to keep her combined response brief as succinct as possible, she requires a 3-page extension to the Court's 15-page limitation.

7. On November 30, 2016, Plaintiff's counsel conferred by email with counsel for Defendants and is authorized to state that Defendants do not oppose Plaintiff's filing of a motion and memorandum of up to 20 pages in length. (*See* Declaration of Stewart R. Pollock ¶ 3, a true and accurate copy of which is attached hereto as Exhibit 1.)

8. In light of the foregoing, Plaintiff believes that good cause exists to grant the instant motion, and the relief requested herein is not sought for any improper purpose.

WHEREFORE, Plaintiff LaTisha Satchell respectfully requests that the Court enter an Order (i) granting her leave to file her 18-page Combined Response in Opposition to Defendants' Motions

to Dismiss, *instanter* and (ii) providing such other and further relief as the Court deems reasonable and just.

|  | Respectfully submitted, |
|---|---|
|  | **LATISHA SATCHELL**, individually and on behalf of all others similarly situated, |
| Dated: December 1, 2016 | By: /s/ Stewart Pollock |
|  | One of Plaintiff's Attorneys |

Rafey S. Balabanian*
rbalabanian@edelson.com
Eve-Lynn J. Rapp*
erapp@edelson.com
Stewart R. Pollock (SBN 301356)
spollock@edelson.com
EDELSON PC
123 Townsend Street,
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiff and the Putative Class*

*Admitted pro hac vice.