Rafey S. Balabanian*
rbalabanian@edelson.com
Eve-Lynn J. Rapp*
erapp@edelson.com
Stewart R. Pollock (SBN 301356)
spollock@edelson.com
EDELSON PC
123 Townsend Street,
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiff and the Putative Class*

*Admitted pro hac vice

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| LATISHA SATCHELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SONIC NOTIFY, INC. d/b/a SIGNAL360, a Delaware Corporation, YINZCAM, INC., a Pennsylvania Corporation, and GOLDEN STATE WARRIORS, LLC, a California Limited Liability Company,<br><br>*Defendants*. | Case No. 4:16-CV-04961-JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE COMBINED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITH EXCESS PAGES** AS MODIFIED<br><br>Date: January 27, 2017<br>Time: 9:00 a.m.<br>Room: Courtroom 5, 2nd Floor<br>      1301 Clay Street<br>      Oakland, California 94612<br><br>Judge: Hon. Jeffrey S. White |

1  This matter coming before the Court on Plaintiff's Unopposed Administrative Motion for
2 Leave to File Combined Response in Opposition to Defendants' Motions to Dismiss with Excess
3 Pages, due and adequate notice having been given, and the Court being duly advised in the
4 premises,

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Plaintiff is granted leave to a combined, 18-page memorandum of law in opposition to Defendants' motions to dismiss.

The Court ORDERS that, going forward, if a party seeks to enlarge page limitations or extend a deadline, that party must submit the request in advance of the deadline, so that the Court can rule on the request before the filing is due or the deadline expires.

**IT IS SO ORDERED.**

ENTERED: __December 2__, 2016

_____
Honorable Jeffrey S. White
United States District Court

[PROPOSED] ORDER                    1                    CASE NO. 4:16-CV-04961-JSW