1  Mark C. Mao, Bar No. 236165
   mark.mao@troutmansanders.com
2  Sheila M. Pham, Bar No. 293673
   sheila.pham@troutmansanders.com
3  TROUTMAN SANDERS LLP
   580 California Street, Suite 1100
4  San Francisco, CA  94104
   Telephone:    415.477.5700
5  Facsimile:    415.477.5710

6  Ronald I. Raether, Jr., Bar No. 303118
   ronald.raether@troutmansanders.com
7  Jonathan H. Yee, Bar No. 270236
   jonathan.yee@troutmansanders.com
8  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
9  Irvine, CA  92614
   Telephone:    949.622.2700
10 Facsimile:    949.622.2739

11 Attorneys for Defendant
   YINZCAM, INC.
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                           OAKLAND DIVISION

16

| 17 | LATISHA SATCHELL, individually and on behalf of all others similarly situated, | Case No. 4:16-CV-04961-JSW |
|---|---|---|
| 18 | | **NOTICE OF APPEARANCES OF COUNSEL FOR DEFENDANT YINZCAM, INC.** |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | SONIC NOTIFY, INC., d/b/a SIGNAL360, a Delaware corporation, YINZCAM, INC., a Pennsylvania corporation, and GOLDEN STATE WARRIORS, LLC, a California limited liability company, | Judge:    Hon. Jeffrey S. White |
| 22 | | Class Action Complaint Filed:  August 29, 2016 |
| 23 | | |
| 24 | Defendants. | |

25
26
27
28

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, SUITE 1100
SAN FRANCISCO, CA  94104

NOTICE OF APPEARANCES OF COUNSEL
FOR DEFENDANT YINZCAM, INC.
29935067v1

CASE NO. 4:16-CV-04961-JSW

1  PLEASE TAKE NOTICE that attorneys Mark C. Mao, Ronald I Raether, Jr., Jonathan H.
2  Yee, and Sheila M. Pham of Troutman Sanders LLP hereby enter their appearance as counsel for
3  Defendant YinzCam, Inc.

4  Appearing counsel request that all papers in this action be served upon the undersigned at
5  the addresses below:

6

7  Mark C. Mao, Bar No. 236165
   mark.mao@troutmansanders.com
8  TROUTMAN SANDERS LLP
   580 California Street, Suite 1100
9  San Francisco, CA  94104
   Telephone:     415.477.5700
10 Facsimile:     415.477.5710

11 Sheila M. Pham, Bar No. 293673
   sheila.pham@troutmansanders.com
12 TROUTMAN SANDERS LLP
   580 California Street, Suite 1100
13 San Francisco, CA  94104
   Telephone:     415.477.5700
14 Facsimile:     415.477.5710

15 Ronald I. Raether, Jr., Bar No. 303118
   ronald.raether@troutmansanders.com
16 TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
17 Irvine, CA  92614
   Telephone:     949.622.2700
18 Facsimile:     949.622.2739

19 Jonathan H. Yee, Bar No. 270236
   jonathan.yee@troutmansanders.com
20 TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
21 Irvine, CA  92614
   Telephone:     949.622.2700
22 Facsimile:     949.622.2739

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, SUITE 1100
SAN FRANCISCO, CA 94104

NOTICE OF APPEARANCES OF COUNSEL
FOR DEFENDANT YINZCAM, INC.          - 1 -          CASE NO. 4:16-CV-04961-JSW
29935067v1

| | | |
|---|---|---|
| 1 | Dated: December 15, 2016 | TROUTMAN SANDERS LLP |
| 2 | | |
| 3 | | By: */s/ Mark C. Mao* |
| 4 | | Mark C. Mao<br>Attorneys for Defendant |
| 5 | | YINZCAM, INC. |
| 6 | Dated: December 15, 2016 | TROUTMAN SANDERS LLP |
| 7 | | |
| 8 | | By: */s/ Ronald I. Raether, Jr.* |
| 9 | | Ronald I. Raether, Jr.<br>Attorneys for Defendant |
| 10 | | YINZCAM, INC. |
| 11 | Dated: December 15, 2016 | TROUTMAN SANDERS LLP |
| 12 | | |
| 13 | | By: */s/ Jonathan H. Yee* |
| 14 | | Jonathan H. Yee<br>Attorneys for Defendant |
| 15 | | YINZCAM, INC. |
| 16 | Dated: December 15, 2016 | TROUTMAN SANDERS LLP |
| 17 | | |
| 18 | | By: */s/ Sheila M. Pham* |
| 19 | | Sheila M. Pham<br>Attorneys for Defendant |
| 20 | | YINZCAM, INC. |

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, SUITE 1100
SAN FRANCISCO, CA 94104

NOTICE OF APPEARANCES OF COUNSEL
FOR DEFENDANT YINZCAM, INC.
29935067v1                - 2 -                CASE NO. 4:16-CV-04961-JSW