UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATISHA SATCHELL,<br>　　　　Plaintiff,<br>　v.<br>SONIC NOTIFY, INC., et al.,<br>　　　　Defendants. | Case No. 4:16-cv-04961-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 26, 28 |

YOU ARE HEREBY NOTIFIED that the hearing on the Motion(s) to Dismiss scheduled for January 27, 2017 at 9:00 A.M., in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, before the HONORABLE JEFFREY S. WHITE is vacated. A written ruling shall issue.

Dated: January 26, 2017

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Jennifer Ottolini, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　510-637-3541