# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|                           | |
|---------------------------|---|
|                                 , <br> Plaintiff(s) <br> v. <br><br>                                 , <br> Defendant(s) | Case No. C <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:                           Signed: _____
                                                                                         Party

Date:                           Signed: _____
                                                                                       Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 6-2016*

# FILER'S ATTESTATION

## (LR 5-1(i)(3))

I, Stewart R. Pollock, am the ECF user whose identification and password are being used to file this **ADR CERTIFICATION BY PARTIES AND COUNSEL**. I hereby attest that the party listed above, LaTisha Satchell, concurs in the filing of the above document.

DATED: February 3, 2017 	 */s/ Stewart R. Pollock*

Stewart R. Pollock (SBN 301356)
spollock@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435