UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  | |
|---|---|
| , <br> Plaintiff(s) <br><br> v. <br><br> , <br> Defendant(s) | Case No. C <br><br> NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process OR

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date:                    Signed: _____
                                   Attorney for Plaintiff

Date:                    Signed: _____
                                   Attorney for Defendant

*Important!* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*

## FILER'S ATTESTATION
(LR 5-1(i)(3))

I, Benjamin S. Thomassen, am the ECF user whose identification and password are being used to file this NOTICE OF NEED FOR ADR PHONE CONFERENCE. I hereby attest that the parties listed above, Whitty Somvichian and Hsiao C. Mao, concur in the filing of the above document.

DATED: February 3, 2017 /s/ Benjamin S. Thomassen

Benjamin S. Thomassen (*pro hac vice*)
bthomassen@edelson.com
Edelson PC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654
Tel: 312-589-6370
Fax: 312-589-6378