# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| LATISHA SATCHELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SONIC NOTIFY, INC. d/b/a SIGNAL360, a Delaware Corporation, and GOLDEN STATE WARRIORS, LLC, a California Limited Liability Company,<br><br>*Defendants*. | Case No. 4:16-CV-04961-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

**Private Process:**
- **X** Private ADR (*please identify process and provider*)

The Parties agree to private mediation. The Parties agree to cooperate to select a mediator at the appropriate time.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- **X** other requested deadline

The Parties agree to hold the ADR session on a mutually workable date between October 12, 2018 (the deadline for Plaintiff to file her reply in support of class certification) and November 9, 2018 (the hearing date for Plaintiff's motion for class

<u>certification)</u>.[1]

                                    Respectfully submitted,

                                    **LATISHA SATCHELL**, individually and on behalf of all others similarly situated,

Dated: January 19, 2018              By: <u>/s/ Rafey S. Balabanian</u>
                                                     Rafey S. Balabanian (315962)

                                    **SIGNAL360, INC.** (F/K/A SONIC NOTIFY, INC.)

Dated: January 19, 2018              By: <u>/s/ Whitty Somvichian</u>
                                                     Whitty Somvichian (194463)

                                    **GOLDEN STATE WARRIORS, LLC,**

Dated: January 19, 2018              By: <u>/s/ Whitty Somvichian</u>
                                                     Whitty Somvichian (194463)

---

[1] Defendants Golden State Warriors, LLC and Signal 360, Inc. have agreed to the proposed timing for mediation in this stipulation based on the suggestion of the Court's A.D.R. Unit but reserve the right to seek a modification of the mediation timing in the event that developments in the case make it apparent that settlement discussions will not be productive until class certification is first resolved.

1

**[PROPOSED] ORDER**

2

☒   The parties' stipulation is adopted and IT IS SO ORDERED.

3

☐   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

4

5

6

7   Entered: January 19, 2018                          _____

8                                                                                 The Honorable Jeffery S. White
                                                                                   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28